**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2292

RANDOLPH S. KOCH,

              Plaintiff - Appellant,

         v.

MONTGOMERY COUNTY CIRCUIT COURT; MARYLAND COURT OF SPECIAL
APPEALS,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J.  Frederick  Motz,  Senior  District
Judge.  (8:11-cv-01888-JFM)

Submitted: February 21, 2013       Decided: February 25, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randolph S. Koch, Appellant Pro Se.  Hugh Scott Curtis, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph S. Koch appeals the district court's dismissal of his civil action and denial of his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's orders. Koch v. Montgomery Cnty. Cir. Ct., No. 8:11-cv-01888-JFM (D. Md. Aug. 2, 2012; Sept. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED